# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue, 28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**
**Fax (212) 643-6500**



**Jaimee Katz Sussner**
**Member**
**Admitted In NJ, NY**
**Direct Dial: 973-643-6281**
**Email: jsussner@sillscummis.com**

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000
Fax: (973) 643-6500

April 29, 2021

**Via Electronic Filing**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Fawn Second Avenue LLC et al v. First American Title Insurance Company*
      Civil Action No.: 1:21-cv-03715-KPF

Dear Judge Failla:

This firm represents defendant First American Title Insurance Company ("First American") in the above-referenced matter. First American writes to respectfully request an extension of time to June 4, 2021 for First American to respond to the Complaint in this matter, which response is currently due on May 4, 2021. First American seeks the additional time to analyze its potential response to the Complaint and prepare same. This is First American's first request for an extension of this deadline, and counsel for Plaintiffs has consented to the proposed extension.[1]

We thank the Court for its attention to this matter.

---

[1] Counsel for Plaintiffs has not entered an appearance in this recently removed action. First American will serve a copy of this letter and any subsequent order on Plaintiffs' counsel by email.

Sills Cummis & Gross
A Professional Corporation

The Honorable Katherine Polk Failla
April 29, 2021
Page 2

Very truly yours,

*s/ Jaimee Katz Sussner*

Jaimee Katz Sussner

cc: Matthew Hearle, Esq. (by email only)
Daniel Goldenberg, Esq. (by email only)

```
Application GRANTED.

Dated:    April 29, 2021            SO ORDERED.
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE