**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FAWN SECOND AVENUE LLC, 1881 SECOND
AVENUE LLC, and SFP 1881 HOLDINGS LLC,

                                 Plaintiffs,
      -against-                                        21 **CIVIL** 3715 (KPF)

                                                    **JUDGMENT**

FIRST AMERICAN TITLE INSURANCE
COMPANY,

                                 Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 11, 2022, Defendant's motion to dismiss the Amended Complaint is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       July 11, 2022

                                                     **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                       **BY:**        *K. Mango*
                                                     **Deputy Clerk**